GOLDEN VALLEY COUNTY, a Municipal Corporation, Respondent, v. HUGH EGAN, et al. Appellants.

(203 N. W. 320.)

This case is governed by the decision rendered in Golden Valley County v. Lundin, ante, 420.

Opinion filed March 21, 1925.

Appeal from the District Court of Golden Valley County, *Pugh,* J.

Defendants appeal from an order sustaining a demurrer to the complaint.

Affirmed.

*Crawford, Cain & Burnett,* for appellants.

*H. L. Halliday,* and *Murtha & Sturgeon,* for respondent.

CHRISTIANSON, Ch. J. This case was submitted with Golden Valley County v. Lundin, ante, 420, 203 N. W. 317. The question involved in the two cases are identical. And on the authority of Golden Valley County v. Lundin, supra, the order appealed from in this case is affirmed.

BIRDZELL, NUESSLE, BURKE, and JOHNSON, JJ. concur.